Priority
Send       X
Enter      ___
Closed     ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___

FILED
CLERK, U.S. DISTRICT COURT
APR 20 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH-RAND CORP., <br><br> Plaintiff, <br><br> v. <br><br> KING SOLOMON ENT., ET AL., <br><br> Defendants. | CV-01-1347 LGB (Ex) <br><br> ORDER STRIKING ALL PLEADINGS FILED BY ANTHONY A. COPPOLA AND JEFFREY A. SCHWAB FOR FAILURE TO SUBMIT APPLICATIONS OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

Since Attorneys Anthony A. Coppola and Jeffrey A. Schwab have failed to file Applications of Non-Resident Attorney to Appear in a Specific Case and failed to pay the pro hac vice fees, the Court HEREBY ORDERS the Clerk of the Court to strike any and all pleadings filed by these attorneys. Additionally, no further pleadings or filings shall be accepted from these attorneys until the pro hac vice applications are completed and the fees are paid.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve, by United States mail or by telefax or by e-mail, copies of this Order on counsel for the parties in this matter.

DATED: April 19, 2001

_____
LOURDES G. BAIRD
United States District Judge

ENTERED ON ICMS
APR 23 2001
CV

6